IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| STEVE THOMPSON and ) <br> BRENDA THOMPSON, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> GENERAL DYNAMICS INFORMATION ) <br> TECHNOLOGY, INC., ) <br> ) <br> Defendant. ) | 3:09-0815 <br> Senior Judge Wiseman <br> Magistrate Judge Bryant |

**O R D E R**

Upon reassignment of this case to Judge Wiseman (Document #14), the referral to Magistrate Judge Bryant shall remain in place. The January 11, 2011 Bench Trial is VACATED and RESET for trial on TUESDAY, MARCH 1, 2011, at 10:00 a.m. The December 13, 2010 Pretrial Conference is VACATED and RESET for FRIDAY, FEBRUARY 18, 2011, at 10:00 a.m. in chambers. A separate trial order will enter.

IT IS SO ORDERED.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge