ORDER:
Motion granted.
John Bryant,
USMJ

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| STEVE THOMPSON and wife BRENDA THOMPSON, <br><br> Plaintiffs, <br><br> v. <br><br> GENERAL DYNAMICS INFORMATION TECHNOLOGY, INC. <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> CIVIL ACTION NO. 3:09-cv-815 |

## JOINT MOTION TO EXTEND DISCOVERY DEADLINES AND REVISE CASE MANAGEMENT ORDER

Pursuant to Local Rule 16.01(d)(4)(b) and in light of the revised trial date, Plaintiffs Steve Thompson and Brenda Thompson ("Plaintiffs") and Defendant General Dynamics Information Technology, Inc. ("GDIT") jointly move the Court for entry of an Order extending the fact discovery deadlines and the related deadline for the filing of dispositive motions.

In order to allow a sufficient opportunity to complete written discovery and depose all fact witnesses, the parties request that the deadlines be extended as follows:

1. **Fact Discovery**:

The parties shall complete all written discovery and depose all fact witnesses on or before October 15, 2010.

Prior to filing any discovery-related motion, the parties will schedule and conduct a telephone conference with the Magistrate Judge.

In the event that expert testimony is necessary, the plaintiff shall identify and disclose all expert witnesses and expert reports on or before August 31, 2010. The defendant shall identify

1