```
                  UNITED STATES DISTRICT COURT
               FOR THE MIDDLE DISTRICT OF TENNESSEE
                        NASHVILLE DIVISION

STEVE THOMPSON, et al.,         )
                                )
     Plaintiffs,                )
                                )
           v.                   )  NO.  3:09-0815
                                )  Judge Wiseman/Bryant
GENERAL DYNAMICS INFORMATION    )
TECHNOLOGY, INC.,               )
                                )
     Defendant.                 )
```

## **O R D E R**

The Magistrate Judge has been advised that counsel have settled this matter and will be filing a dismissal of this case within the next two weeks. The parties shall file a stipulation and proposed order of dismissal no later than **Monday, November 1, 2010**, for the District Judge's approval.

There is nothing further remaining to be done by the undersigned Magistrate Judge in this matter. The Clerk shall return the file to the District Judge for his consideration of the stipulation and proposed order of dismissal once it is filed.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge