IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| STEVE THOMPSON and wife BRENDA THOMPSON, | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | )  CIVIL ACTION NO. 3:09-cv-815 ) |
| GENERAL DYNAMICS INFORMATION TECHNOLOGY, INC. | ) ) ) ) |
| Defendant. | |

## ORDER OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this case is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

_____
JUDGE

APPROVED FOR ENTRY:

*s/ Donna L. Roberts*
Donna L. Roberts (BPR # 022249)
STITES & HARBISON, PLLC
SunTrust Plaza
401 Church Street, Suite 800
Nashville, TN 37219
Phone: (615) 782-2345
Fax: (615) 742-0714
Email: donna.roberts@stites.com
*Counsel for Defendant General Dynamics Information Technology*



EXHIBIT A